■ COUNTY OF NASSAU, Appellant, v. NATIONAL SURETY CORPORATION, Respondent. (Action No. 1.) CAROLYNN BUDNIK, as Administratrix, Respondent, v. COUNTY OF NASSAU, Defendant and Third-Party Plaintiff-Appellant. MECHANICAL INSTALLATIONS, INC., et al., Third-Party Defendant-Respondent. (Action No. 2.) — Motion by the County of Nassau for a stay of trial in Action No. 2, pending appeal, denied. Beldock, P. J., Ughetta, Kleinfeld, Christ and Hill, JJ., concur.

■ FRED LEY et al., Appellants, v. HENRY FLESSEL, Individually and as Executor of EMMA L. FLESSEL, Deceased, Defendant and Third-Party Plaintiff-Respondent. ELIZABETH ADAMS, Heretofore Known as ELIZABETH LEY, Third-Party Defendant-Appellant.— Motion by appellants for reargument or for leave to appeal to the Court of Appeals, and for a stay, denied. Beldock, P. J., Christ, Hill, Rabin and Hopkins, JJ., concur.

■ WILLIAM BERGER, Respondent, v. 2026 PACIFIC STREET, INC., Appellant.— Motion by appellant for a stay, pending appeal, granted, on condition that appellant perfect the appeal and be ready to argue or submit it at the June Term, beginning May 21, 1962; appeal ordered on the calendar for said term. The record and appellant's brief must be served and filed on or before May 14, 1962. Beldock, P. J., Ughetta, Kleinfeld, Christ and Hill, JJ., concur.

■ ANGELINA ENGONGORO et al., Respondents, v. DOMINICK DI PALMA et al., Appellants.— Motion by appellants for a stay, pending appeal, granted, on condition that appellants perfect the appeal and be ready to argue or submit it at the October Term, beginning October 1, 1962; appeal ordered on the calendar for said term. The record and appellants' brief must be served and filed on or before July 23, 1962. Beldock, P. J., Ughetta, Kleinfeld, Christ and Hill, JJ., concur.

■ EMIL LA GUARDIA, Respondent, v. JOHN GENELLI, Appellant.— Motion by appellant for a stay, pending appeal, denied. Beldock, P. J., Christ, Hill, Rabin and Hopkins, JJ., concur.

## (May 7, 1962)

■ In the Matter of WILLIAM H. FENSTERMAKER, Respondent, v. BRILHART ELECTRONICS CORPORATION, Appellant.— Motion by appellant for reargument of its motion for a stay, pending appeal, denied. Kleinfeld, Acting P. J., Brennan, Hill, Rabin and Hopkins, JJ., concur.